**Motion for Extension of Time Denied; Motion to Dismiss Granted; Appeal Dismissed and Memorandum Opinion filed March 21, 2023,**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00553-CV

## DAVID  ALLAN VANVELZER JUNIOR, Appellant

## V.

## CHARTWAY FEDERAL CREDIT UNION, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2022-07941**

## MEMORANDUM  OPINION

This is an attempted appeal from an order signed June 29, 2022, granting appellee's Rule 91a motion to dismiss. On November 1, 2022, appellee filed a motion to dismiss the appeal for want of jurisdiction. Appellant has been granted multiple extensions of time to file a response, until February 21, 2023. On February 10, 2023, appellant filed a further motion to extend time. The motion to

extend time is DENIED.

The record reflects the order signed June 29, 2022, is interlocutory and does not dispose of all parties and claims. We GRANT appellee's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.